days from the denial of Appellee's motion to vacate and remand is DENIED as moot.

IT IS FURTHER ORDERED that the joint motion of the parties to remand the case to the United States District Court for the Northern District of Texas, for the Amarillo Division for resentencing is GRANTED.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**David CANO–HERNANDEZ,**
**Defendant–Appellant.**

**No. 05–10032.**

United States Court of Appeals,
Fifth Circuit.

Decided April 13, 2005.

Vicki H. Lamberson, Assistant U.S. Attorney, Amarillo, TX, for Plaintiff–Appellee.

Bonita L. Gunden, Assistant Federal Public Defender, Amarillo, TX, for Defendant–Appellant.

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that the joint motion of the parties to vacate the sentence is GRANTED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Antonio DOMINGUEZ–MARTINEZ,**
**Defendant–Appellant.**

**No. 04–51101.**

United States Court of Appeals,
Fifth Circuit.

Decided April 19, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, San Antonio, TX, for Defendant–Appellant.

Before WIENER, STEWART, and PRADO, Circuit Judges.

published and is not precedent except under

PER CURIAM: *

IT IS ORDERED that Appellee's unopposed motion to vacate sentence is granted.

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand case for resentencing is granted.

IT IS FURTHER ORDERED that Appellee's unopposed alternative motion for an extension of time to file the Appellee's brief 14 days from the denial of the motion to vacate and remand is denied as moot.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Octavio WITHRON–ALVAREZ,**
**Defendant–Appellant.**

**No. 03–41384.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided April 20, 2005.

James Lee Turner, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Tito H. Alfaro, Aurora Ruth Bearse, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before SMITH, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: *

Octavio Withron–Alvarez appeals his sentence imposed following his guilty plea conviction for illegal reentry into the United States following deportation. Withron–Alvarez contends that the sentencing enhancements in 8 U.S.C. § 1326(b) are unconstitutional and that he should be resentenced for the lesser included offense contained in 8 U.S.C. § 1326(a). Withron–Alvarez acknowledges that his arguments are foreclosed under *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). However, he contends that if *Almendarez–Torres* is overruled, his sentence should be reconsidered in light of *Blakely v. Washington,* —— U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004).

*Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000) did not overrule *Almendarez–Torres. See Apprendi,* 530 U.S. at 489–90, 120 S.Ct. 2348; *see also United States v. Dabeit,* 231 F.3d 979, 984 (5th Cir.2000). Withron–Alvarez has not demonstrated that *Blakely v. Washington,* —— U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004) is applicable to

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to the 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.